**Order entered October 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01147-CV

**BAYLOR HEALTH CARE SYSTEM, Appellant**

**V.**

**KAREN OLSON, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00568**

## ORDER

We **GRANT** appellant's September 30, 2014 opposed motion to extend time to file its brief and **ORDER** the brief be filed no later than November 14, 2014. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE